UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEVEN HAWKINS and UNITED STATES FILTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IONICS, INCORPORATED <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) MBD #04-MC-10110 (GAO) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

Plaintiffs Steven Hawkins and United States Filter Corporation hereby withdraw their Motion to Enforce Subpoena Duces Tecum and to Compel Production of Documents by Ionics, Incorporated ("Plaintiffs' Motion"), filed April 13, 2004.

The plaintiffs' motion sought to enforce a subpoena served as a part of discovery in Steven Hawkins and United States Filter Corporation v. Debasish Mukhopadhyay, pending in the U.S. District Court for the District of New Mexico, Civil Action No. CV-03-0402 MV (LFG).

- 1 -

Ionics has agreed to produce the documents requested by the subpoena. Plaintiffs' Motion is therefore no longer necessary and is hereby withdrawn.

                       STEVEN HAWKINS and
                       UNITED STATES FILTER CORPORATION

                       By their attorneys,

                       */s/ Alison A.*

                       William F. Lee (BBO # 291960)
                       Mark D. Selwyn (BBO # 565595)
                       Michael A. Diener (BBO # 558887)
                       Michael J. Summersgill (BBO # 632816)
                       Wilmer Cutler Pickering Hale and Dorr LLP
                       60 State Street
                       Boston, Massachusetts 02109
                       (617) 526-6000

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I, Alison Aubry, hereby certify that on this date I served a copy of the above Notice of Change of Firm Name on opposing counsel via overnight mail as follows:

| | |
|---|---|
| Paul T. Milligan, Esq. | Frank Frisenda, Jr. |
| Nelson Kinder Mosseau & Saturley PC | Frisenda Quinton & Nicholson |
| 45 Milk Street | 11601 Wilshire Boulevard |
| 5th Floor | Suite 500 |
| Boston, MA 02109 | Los Angeles, CA 90025-1741 |

                       */s/ Alison A.*
                       Alison Aubry

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

June 1, 2004

FILED
IN CLERKS OFFICE

2004 JUN -1 P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

Alison R. Aubry

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6406
+1 617 526 5000 fax
alison.aubry@wilmerhale.com

**HAND DELIVERY**

Office of the Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   <u>Steven Hawkins and United States Filter Corporation v. Ionics, Incorporated</u>
      MBD #04--MC-10110 (GAO)

Dear Sir or Madam:

Enclosed for filing in the above-entitled matter please find the original and a copy a Notice of Withdrawal. Please date stamp the copy and return it to the messenger.

Thank you for your assistance with this matter.

Very truly yours,

Alison Aubry

WLS:mbm
Enclosures
cc:   Paul T. Milligan, Esq.
      Frank Frisenda, Jr., Esq.